
FILED IN COURT OF APPEALS
12th Court of Appeals District

AUG 1 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

RE: Case No. 15-0347                           DATE: 8/14/2015
COA #: 12-13-00175-CV        TC#: 60,671-A
STYLE: GUY SPARKMAN
  v. MICROSOFT CORPORATION, SUPPORT SPACE, INC., AS AGENT
     FOR MICROSOFT CORP., OMAR FRANCO, AS AGENT FOR
     MICROSOFT CORP., AND ROBERT DOE, AS AGENT FOR
     MICROSOFT CORP.

Today the Supreme Court of Texas denied the motion for rehearing of the above-referenced petition for review.

                    MS. CATHY S. LUSK
                    CLERK, TWELFTH COURT OF APPEALS
                    1517 WEST FRONT, SUITE 354
                    TYLER, TX  75702